RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, SEBASTIAN GHEORGHE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA    )
                            )
            Plaintiff,      )
                            )
v.                          )       CASE NO: 2:13-cr-00272-LDG-CWH-1
                            )
SEBASTIAN GHEORGHE,         )
                            )
            Defendant.      )
_____)

STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

IT IS HEREBY STIPULATED and AGREED by and between Kimberly Frayn, Assistant United States Attorney, Richard A. Schonfeld, attorney for Defendant, Sebastian Gheorghe, that the Supervised Release Revocation hearing scheduled for Monday, May 4, 2015 at 9:00 a.m. be vacated and continued to a time convenient to this Court, preferably after 60 days from the current setting.

This Stipulation is entered into for the following reasons:

1.    That the parties are in negotiations which may result in a global resolution of the two outstanding cases. Additional time is necessary to accomplish this potential resolution;

2.    That counsel for Defendant has been in communication with Assistant United States Attorney Kimberly Frayn and there is no objection to the continuance as outlined above;

/ / /

3.      That Defendant, Sebastian Gheorghe, is incarcerated and does not oppose this continuance;

4.      That the probation officer assigned to this case will be out of the district on the scheduled date; and

5.      That the interests of justice and judicial economy are served by the requested relief.

**DATED** this ___ day of April, 2015.

**UNITED STATES ATTORNEY**

_/s/_

**KIMBERLY FRAYN, AUSA**
333 Las Vegas Blvd. South, Suite 500
Las Vegas, Nevada 89101
Attorney for Plaintiff

**CHESNOFF & SCHONFELD**

_/s/_

**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Sebastian Gheorghe

### ORDER

**IT IS HEREBY ORDERED** that the Supervised Release Revocation hearing presently scheduled for Monday, May 4, 2015, at the hour of 9:00 a.m be vacated and the same be continued to the  9th  day of  July, 2015 , at the hour of  10:00 a.m.

**DATED** this _____ day of  April , 2015.

_____
**UNITED STATES DISTRICT JUDGE**
LLOYD D. GEORGE

Submitted by:

_/s/_

**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
Attorney for Defendant, Sebastian Gheorghe