RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, SEBASTIAN GHEORGHE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | CASE NO: 2:13-cr-00272-LDG-CWH-1 |
| SEBASTIAN GHEORGHE, | |
| Defendant. | |

**STIPULATION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING AND ORDER**

**IT IS HEREBY STIPULATED and AGREED** by and between Kimberly Frayn, Assistant United States Attorney and Richard A. Schonfeld, attorney for Defendant, Sebastian Gheorghe, that the Supervised Release Revocation hearing scheduled for Thursday, July 9, 2015 at 10:00 a.m. be vacated and continued to a time convenient to this Court, preferably after 60 days from the current setting.

This Stipulation is entered into for the following reasons:

1. That the parties are in negotiations which may result in a global resolution of the two outstanding cases. Additional time is necessary to accomplish this potential resolution;

2. That counsel for Defendant has been in communication with Assistant United States Attorney Kimberly Frayn and there is no objection to the continuance as outlined above;

3. That Defendant, Sebastian Gheorghe, is incarcerated and does not oppose this continuance; and

4. That the interests of justice and judicial economy are served by the requested relief.

DATED this ___ day of July, 2015.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **KIMBERLY FRAYN, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 333 Las Vegas Blvd. South, Suite 500 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant, Sebastian Gheorghe |

## ORDER

**IT IS HEREBY ORDERED** that the Supervised Release Revocation hearing presently scheduled for Thursday, July 9, 2015, at the hour of 10:00 a.m be vacated and the same be continued to the 10th day of September, 2015, at the hour of 11:00 AM.

DATED this 9 day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Submitted by:

/s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
Attorney for Defendant, Sebastian Gheorghe