**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *SEBASTIAN GHEORGHE*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-cr-272-LDG-CWH |
| ) | |
| SEBASTIAN GHEORGHE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION TO CONSOLIDATE CASES**

**IT IS HEREBY STIPULATED and AGREED** by and between Cristina Silva, Assistant United States Attorney and Richard A. Schonfeld, attorney for Defendant, Sebastian Gheorghe, that case number 2:13-cr-272-LDG-CWH be consolidated with case number 2:14-cr-137-KJD-NJK as to Defendant, Sebastian Gheorghe and that all future proceedings be heard before the Honorable Judge Kent J. Dawson.

This Stipulation is entered into for the following reasons:

1. Defendant, Sebastian Gheorghe was charged by way of Indictment in two separate cases: 2:14-cr-137-KJD-NJK and 2:13-cr-272-LDG-CWH. Defendant Gheorghe has already been sentenced in 2:13-cr-272 and is pending a revocation of supervised release;

2. That Defendant, Sebastian Gheorghe, plead guilty on September 1, 2015 in case no. 2:14-cr-137-KJD-NJK;

3. That Defendant's Revocation hearing in case no. 2:13-cr-272-LDG-CWH be heard at the time of Sentencing on December 9, 2015 in case no. 2:14-cr-137-KJD-NJK, Therefore, the hearing scheduled for September 10, 2015, before the Honorable Judge George will be vacated.

4. The parties stipulate to the consolidation for purposes of judicial economy.

5. Accordingly, the parties request that case number 2:14-cr-137-KJD-NJK be consolidated with case number 2:13-cr-272-LDG-CWH and that all future proceedings be heard before the Honorable Judge Kent J. Dawson.

**DATED** this ___ day of September, 2015.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */S/* | */S/* |
| **CRISTINA SILVA, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 333 Las Vegas Blvd. South, Suite 500 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant, Sebastian Gheorge |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant, Sebastian Gheorghe was charged by way of Indictment in two separate cases: 2:14-cr-137-KJD-NJK and 2:13-cr-272-LDG-CWH. Defendant Gheorghe has already been sentenced in 2:13-cr-272 and is pending a revocation of supervised release;

2. That Defendant, Sebastian Gheorghe, plead guilty on September 1, 2015 in case no. 2:14-cr-137-KJD-NJK;

3. That Defendant's Revocation hearing in case no. 2:13-cr-272-LDG-CWH be heard at the time of Sentencing on December 9, 2015 in case no. 2:14-cr-137-KJD-NJK, Therefore, the hearing scheduled for September 10, 2015, before the Honorable Judge George will be vacated.

4. The parties stipulate to the consolidation for purposes of judicial economy.

5. Accordingly, the parties request that case number 2:14-cr-137-KJD-NJK be consolidated with case number 2:13-cr-272-LDG-CWH and that all future proceedings be heard before the Honorable Judge Kent J. Dawson.

**IT IS SO ORDERED.**

**DATED** this 9 day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Submitted by:

*/S/*
_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
20 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Sebastian Gheorghe